1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TAYLOR HOWARD, individually and on          No.  2:15-CV-01662-KJM-KJN
     behalf of all others similarly situated,
12
                         Plaintiff,
13                                                ORDER

14           v.

15   KAISER PERMANENTE HEALTHLINK
     ALLIANCE, LLC; and DOES 1-10,
16
                         Defendants.
17

18

19           Taylor Howard alleges Kaiser Permanente Healthlink Alliance, LLC (Kaiser) sent

20   him unauthorized phone calls in violation of the Telephone Consumer Protection Act (TCPA),

21   47 U.S.C. § 227 *et seq.*  *See* First Am. Compl., ECF No. 8.  Despite the completion of service on

22   Kaiser and Howard's efforts to contact defense counsel, Kaiser has not appeared.  Howard seeks

23   leave to amend his complaint to join Kaiser Foundation Health Plan, Inc., whom he represents is

24   Kaiser's parent corporation, and several other subsidiaries of Kaiser Foundation Health Plan, Inc.

25   *See* Mot. Am., ECF No. 11.  As no other party has appeared, the motion is not opposed.  The

26   matter is hereby SUBMITTED for decision without a hearing.

27           Federal Rule of Civil Procedure 15(a)(2) governs amendments to the pleadings.

28   That section provides, "The court should freely give [leave to amend] when justice so requires,"

                                                1

1    and the Ninth Circuit has "stressed Rule 15's policy of favoring amendments." *Ascon Props.,*

2    *Inc. v. Mobil Oil Co.*, 866 F.2d 1149, 1160 (9th Cir. 1989); *accord Cafasso, U.S. ex rel. v. Gen.*

3    *Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1058 (9th Cir. 2011).  "In exercising its discretion

4    [regarding granting or denying leave to amend] 'a court must be guided by the underlying

5    purpose of Rule 15—to facilitate decision on the merits rather than on the pleadings or

6    technicalities.'"  *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987) (quoting

7    *United States v. Webb*, 655 F.2d 977, 979 (9th Cir. 1981)).  However, "the liberality in granting

8    leave to amend is subject to several limitations.  Leave need not be granted where the amendment

9    of the complaint would cause the opposing party undue prejudice, is sought in bad faith,

10   constitutes an exercise in futility, or creates undue delay."  *Cafasso*, 637 F.3d at 1058.

11          Here, the court is aware of no prejudice, bad faith, or delay associated with

12   Howard's request for leave to amend.  No scheduling conferences, discovery, motion hearing, or

13   other deadlines have been set because no other party has appeared.  And at this stage, the court

14   cannot conclude an amendment would be futile.

15          The motion is GRANTED.  The second amended complaint shall be filed within

16   fourteen days of the date this order is filed.

17          IT IS SO ORDERED.

18    DATED:  November 17, 2015.

19

20   _____

21   UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

2