MANATT, PHELPS & PHILLIPS, LLP
CHRISTINE M. REILLY (CA Bar No. 226388)
E-mail: CReilly@manatt.com
ERIC B. CHEN (CA Bar No. 296570)
E-mail: EChen@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:  (310) 312-4000
Facsimile:   (310) 312-4224

*Counsel for Service
and Attorneys for Defendants*
The Permanente Medical Group and Kaiser Foundation Hospitals

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR HOWARD, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE PERMANENTE MEDICAL GROUP; and KAISER FOUNDATION HOSPITALS, <br><br> Defendants. | Case No. 2:15-CV-01662-KJM-KJN <br><br> **NOTICE OF SETTLEMENT** <br><br> TAC Filed:   December 17, 2015 <br> Trial Date:   None Set |

## NOTICE OF SETTLEMENT

Plaintiff Taylor Howard and Defendants The Permanente Medical Group and Kaiser Foundation Hospitals (hereafter "Parties") by and through their counsel of record hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending deadlines and court dates and retain jurisdiction over this case for 30 days to enable the Parties to complete the settlement. Within 5 court days after the settlement amount is received by Plaintiff's counsel, Plaintiff will sign and deliver to counsel for Defendants the signed Stipulation for Dismissal with the Court with the [Proposed] Order.

Respectfully Submitted,

Dated: April 20, 2016

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
Todd M. Friedman
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
*Attorneys for Plaintiff*

Dated: April 20, 2016

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Eric B. Chen
Christine M. Reilly
Eric B. Chen
11355 W. Olympic Blvd.
Los Angeles, CA 90064
*Attorneys for Defendants*
Kaiser Foundation Hospitals & The Permanente Medical Group

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on April 20, 2016.

/s/ Eric B. Chen

Eric B. Chen